

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 13-1385GT ) |
| v. | ) ORDER |
| MARCO ANTONIO SILLAS-ALVAREZ, | ) |
| Defendant. | ) |

The Court requires further briefing on the issue of whether Defendant's 2012 conviction for possession of a firearm by a felon, in violation of CA Penal Code § 29800(a)(1), is an aggravated felony in light of the recent Supreme Court opinion of <u>Descamps v. United States</u>, 133 S. Ct. 2276 (2013). The briefing schedule is as follows: Defendant's brief is due no later than August 8, 2013 and the Government's brief is due no later than August 29, 2013. The briefs shall not exceed 10 pages. The sentencing hearing is reset for September 19, 2013 at 9:30 am.

**IT IS SO ORDERED.**

7/22/13
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel